IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KAYCEE REESE and LANNY REESE                    PLAINTIFFS

    vs.          CASE No. 05-CV-2036

JAMES G. GOBERT, INC.
and LAWRENCE SPIKES                              DEFENDANTS

## **ORDER**

Now on this 1st day of March, 2006, there comes on for consideration the above-styled and numbered cause. All remaining issues have been resolved, and the Court, being well and sufficiently advised in the premises, finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
      Robert T. Dawson
      United States District Judge